Commonwealth *v.* Rowe, Appellant.

Submitted June 9, 1969. *Malcolm J. Gross,* Assistant Public Defender, for appellant; *W. F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Rush, Appellant.

Submitted June 10, 1969. *Thomas E. Harting,* for appellant; *Henry J. Rutherford,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Order affirmed.